United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To: Cases Nos. C-08-905 (Nussbaum), C-08-1013 (Majur), C-08-1104 (Fielden), C-08-1121 (Mitchell Schorr Rev. Trust), C-08-1122 (Furman), C-08-1210 (Hunter)<br>_____/ | Master File No. C 08-0856 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

The following seven cases have been consolidated, with the consolidated action being titled In re SiRF Technology Holdings, Inc. Securities Litigation, C-08-0856 MMC:

<u>Esses v. SiRF Technology Holdings, Inc.</u>, C-08-0856 MMC
<u>Nussbaum v. SiRF Technology Holdings, Inc.</u>, C-08-0905 MMC
<u>Majur v. SiRF Technology Holdings, Inc.</u>, C-08-1013 MMC
<u>Fielden v. SiRF Technology Holdings, Inc.</u>, C-08-1104 MMC
<u>Mitchell Schorr Rev. Trust v. SiRF Technology Holdings, Inc.</u>, C-08-1121 MMC
<u>Furman v. SiRF Technology Holdings, Inc.</u>, C-08-1122 MMC
<u>Hunter v. SiRF Technology Holdings, Inc.</u>, C-08-1210 MMC

In light of the consolidation, the file in Civil Action No. C-08-0856 has been designated as the Master File, and all documents are being filed in the Master File. Consequently, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, the above-referenced cases, with the exception of the Master File, No. C-08-0856, are hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any action, and, should further proceedings therein become necessary or desirable, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: March 20, 2008

MAXINE M. CHESNEY
United States District Judge